the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

### Garry A. NELSON, Respondent.

### No. 408 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

May 21, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 21st day of May, 1998, upon consideration of the Report and Recommendations of the Disciplinary Board and the Dissenting Opinion dated March 24, 1998, it is hereby

ORDERED that Garry A. Nelson be and he is suspended from the Bar of this Commonwealth for a period of three months, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

CAPPY, J., dissents and would order public censure.

■

## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

### Raymond S. WITTIG, Respondent.

### No. 290 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

May 21, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 21st day of May, 1998, the Joint Motion to Impose Reciprocal Discipline is granted and, pursuant to Rule 216, Pa.R.D.E., it is hereby

ORDERED that Raymond S. Wittig be and he is suspended from the Bar of this Commonwealth for a period of three years, retroactive to January 22, 1997, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.